# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

155449(11)

WILLIAM JAMES HARDRICK,
    Plaintiff-Appellee,

v

ALLSTATE INSURANCE COMPANY,
    Defendant,
and

AUTO CLUB INSURANCE ASSOCIATION,
    Defendant-Appellant,
and

JAMES F. HEWSON and ELAINE I. HARDING,
    Appellants.
_____/

SC: 155449
COA: 334370
Oakland CC: 2008-091351-NF

   On order of the Chief Justice, the motion of defendant-appellant for leave to file an application for leave to appeal in excess of the page limit restriction is GRANTED. The 56-page application submitted on March 14, 2017, is accepted for filing.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2017



Clerk